IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| Plaintiff  ) | |
| ) | |
| v.  ) | No.  6:20-cv-06094 RTD |
| ) | |
| QUAPAW HOUSE, INC.,  ) | |
| MALVERN NATIONAL BANK,  ) | |
| Defendant  ) | |

**DEFAULT JUDGMENT AGAINST**
**QUAPAW HOUSE, INC.**

Upon consideration of United States of America's motion for partial default judgment against separate defendant Quapaw House, Inc., the Court being well and sufficiently advised, finds and orders as follows:

1. On September 1, 2020, the United States filed its Complaint naming Quapaw House, Inc. as a defendant (Doc. 02).

2. On September 29, 2020, the United States served defendant Quapaw House, Inc. via certified mail as reflected in the Affidavit of Service filed on October 6, 2020 (Doc. 08).

3. Separate defendant Quapaw House, Inc. had 20 days from service in which to answer or otherwise respond to the complaint.

4. Separate defendant Quapaw House, Inc. is in default and has, therefore, admitted the allegations contained in the complaint.

1

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiff, United States of America be granted partial default judgment against separate defendant Quapaw House, Inc

IT IS SO ORDERED, this 21st day of December, 2020.

      /s/Robert T. Dawson
Robert T. Dawson
Senior United States District Judge